```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ X

UNITED STATES OF AMERICA           :      INDICTMENT

                                   :      10 Cr.
          -v.-
                                   :      10 CRIM 339
DANIEL SPIEGELMAN,
   a/k/a "Daniel Spiegelmann,"
   a/k/a "Daniel Kikabidze,"
   a/k/a "Mark Sher,"              :
   a/k/a "Marc Sher,"
   a/k/a "Nathaniel Toresen,"      :
   a/k/a "David Toresen,"
   a/k/a "Andrew Minkovski,"       :
   a/k/a "Craig Wallace,"
                                   :
          Defendant.
                                   :

------------------------------ X
```

JUDGE SULLIVAN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
4/15/10

COUNT ONE

The Grand Jury charges:

1. From at least in or about October 2009, through in or about February 2010, in the Southern District of New York and elsewhere, DANIEL SPIEGELMAN, a/k/a "Daniel Spiegelmann," a/k/a "Daniel Kikabidze," a/k/a "Mark Sher," a/k/a "Marc Sher," a/k/a "Nathaniel Toresen," a/k/a "David Toresen," a/k/a "Andrew Minkovski," a/k/a "Craig Wallace," the defendant, unlawfully, willfully and knowingly did execute and attempt to execute a scheme and artifice to defraud a financial institution, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and to obtain moneys, funds, credits, assets, securities and other property owned by, and under the

custody and control of, such financial institution, by means of false and fraudulent pretenses, representations and promises, to wit, SPIEGELMAN opened a credit card account with Capital One Bank (USA), N.A. using the means of identification of another, and then used the card connected to that account to make purchases.

(Title 18, United States Code, Section 1344 and 2.)

## COUNT TWO

The Grand Jury further charges:

2.  From at least in or about October 2009, through in or about February 2010, in the Southern District of New York and elsewhere, DANIEL SPIEGELMAN, a/k/a "Daniel Spiegelmann," a/k/a "Daniel Kikabidze," a/k/a "Mark Sher," a/k/a "Marc Sher," a/k/a "Nathaniel Toresen," a/k/a "David Toresen," a/k/a "Andrew Minkovski," a/k/a "Craig Wallace," the defendant, unlawfully, willfully, and knowingly did transfer, possess, and use, without lawful authority, a means of identification of another person, during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), to wit, SPIEGELMAN possessed, used, and transferred means of identification of another during and in relation to the bank fraud charged in Count One of this Indictment.

(Title 18, United States Code, Section 1028A.)

_____          _____
FOREPERSON                                PREET BHARARA
                                          United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

DANIEL SPIEGELMAN,
a/k/a "Daniel Spiegelmann,"
a/k/a "Daniel Kikabidze,"
a/k/a "Mark Sher,"
a/k/a "Marc Sher,"
a/k/a "Nathaniel Toresen,"
a/k/a "David Toresen,"
a/k/a "Andrew Minkovski,"
a/k/a "Craig Wallace,"

Defendant.

---

<u>INDICTMENT</u>

10 Cr.

(18 U.S.C. §§ 1344 & 1028A.)

---

_____SM_____       PREET BHARARA
        Acting United States Attorney.

**A TRUE BILL**

_____
                Foreperson.

---

4-15-10  Filed indictment w/ A/W. Case assigned
MB       to Judge Sullivan... Ellis, USMJ.